IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN ALLEN CRABB** | **:** | **CIVIL ACTION NO. 1:14-cv-2461** |
| | **:** | |
| **Petitioner** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Schwab)** |
| **v.** | **:** | |
| | **:** | |
| **JAMES ECKARD, et al.** | **:** | |
| | **:** | |
| **Respondents** | **:** | |

## O R D E R

Before the Court in the captioned action is a July 23, 2015 Report and Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 14th day of August 2015, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Schwab (Doc. No. 7).

2)   The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED.**

3)   The application to proceed *in forma pauperis* (Doc. No. 6) is **GRANTED**.

4)   The motion for "permission to file out of time" (Doc. No. 2) is **DENIED as moot**.

5)  The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania